JUDGE CROTTY

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA           :     INDICTMENT

            - v. -                 :     07 CRIM. 395

RAPHAEL AGBUNE,                    :     07 Cr. _____
LINDA LOVING,
                                   :
            Defendants.
                                   :
- - - - - - - - - - - - - - - - - -x

MAY 08 2007

COUNT ONE

The Grand Jury charges:

From in or about March 2005, through in or about January 2006, in the Southern District of New York and elsewhere, RAPHAEL AGBUNE and LINDA LOVING, the defendants, unlawfully, willfully and knowingly, did embezzle, steal, purloin, and convert to their own use, money and things of value of the United States and a department and agency thereof, to wit, the United States Department of Housing and Urban Development, and did receive, conceal, and retain the same with intent to convert it to their own use and gain, knowing it to have been embezzled, stolen, purloined and converted, the value of which exceeded $1,000, to wit, AGBUNE, an employee with New York City Department of Homeless Services, and LOVING, a real estate broker, embezzled and attempted to embezzle approximately $25,750.00 in Housing Stability Plus subsidies, by falsely claiming that LOVING acted as a broker at certain real estate transactions.

(Title 18, United States Code, Sections 641 and 2.)


_____          _____
FOREPERSON                         MICHAEL J. GARCIA
                                   United States Attorney

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA

- v. -

RAPHAEL AGBUNE and LINDA LOVING,

Defendants.

### INDICTMENT

07 Cr.

(18 U.S.C. §§ 641 and 2)

MICHAEL J. GARCIA
United States Attorney.

A TRUE BILL

Foreperson.

HR 5/8/07   Filed indictment. Case assigned to Crotty, J. A/w issued for defendants Loving and Agbune

— Francis, J.