UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

UNITED STATES OF AMERICA,

                                          1:07 Cr. 395 - 2 (PAC)

      - against -                                     ORDER

Linda Loving,
           Defendant.

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - -x

        HONORABLE PAUL A. CROTTY, United States District Judge:

        The pre-trial conference previously scheduled for Thursday, August 2, 2007, has been rescheduled to Thursday, August 9, 2007 at 3:00 p.m. Upon the consent of all parties, pursuant to 18 U.S.C. 3161 (h)(8)(A), the time from August 2, 2007 through August 9, 2007 is excluded in the interest of justice. I find that this exclusion outweighs the best interest of the defendant and the public in a speedy trial.

                                                            SO ORDERED

                                                            PAUL A. CROTTY
                                                            United States District Judge

Dated:    New York, New York
            July 31, 2007

[Stamp: USDS SDNY DOCUMENT ELECTRONICALLY FILED DOC #: _____ DATE FILED: JUL 3 1 2007]