## CERTIFICATE OF SERVICE

       I, Brendan J. Murphy, an attorney duly admitted to practice law before this Court, certify under penalty of perjury that on November 28, 2007, I caused a true copy of the foregoing Sentencing Memorandum on Behalf of Linda Loving and Exhibits thereto to be served by hand upon each of the following attorneys of record:

                Todd Blanche, Esq.

                United States Attorney's Office

                Southern District of New York

                1 Saint Andrews Plaza

                New York, NY 1007

Dated: November 28, 2007
       New York, New York

                /s/ Brendan J. Murphy

                Brendan J. Murphy