

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
PROBATION DEPARTMENT

```
USDS SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: AUG 0 4 2008
```

P51453

**TO:** Honorable Paul A. Crotty
U.S. District Court Judge

**FROM:** Paul Wodeshick
Supervising U.S. Probation Officer

Re: Loving, Linda
Docket No.:07-CR-0395

Enclosed is a matter from the U.S. Probation Office requesting consideration and/or review by Your Honor. Please direct your response (if applicable) along with any attachments to our office at 233 Broadway, 14th floor, so that we may take appropriate action.

Respectfully submitted,

Paul Wodeshick
Supervising U.S. Probation Officer
212-805-5122

Prepared By:

Elizabeth Ward-Cuprill
Senior U.S. Probation Officer
212-805-5069

DATE: July 30, 2008

NY 201
Rev.12/07

## REQUEST FOR COURT ACTION / DIRECTION

| | | |
|---|---|---|
| TO: | Honorable Paul A Crotty<br>U.S. District Judge | OFFENSE: Theft of Public Funds, 18 USC 641, Class C Felony |
| | | ORIGINAL SENTENCE: Three (3) Years Probation |
| FROM: | Elizabeth Ward-Cuprill<br>U.S. Probation Officer | SPEC. CONDITIONS: Restitution (Joint and Several) in the amount $25,750 with no interest to be paid in monthly installments of 15% of gross monthly income over a period of supervision to commence 30 days after the date of judgment. |
| | | AUSA: Todd Blanche |
| RE: | Linda Loving<br>Docket # 07 CR 0395 | Defense Counsel: Brendan James Murphy |

DATE OF SENTENCE: December 5, 2007

DATE:   July 30, 2008

ATTACHMENTS:   PSI X    JUDGMENT X    PREVIOUS REPORTS
                VIOLATION  PETITION

REQUEST FOR:    WARRANT___  SUMMONS___  COURT DIRECTION  X

## THIRD PARTY RISK NOTIFICATION

Reference is made to the above-noted individual who was sentenced by Your Honor as indicated above.

The undersigned U.S. Probation Officer was assigned to supervise Loving in April 2008. At that time, Loving reported that she was employed as a real estate broker and assisted people with HIV and AIDS to find suitable housing. Loving reported that she was looking for another form of employment but until she obtained something she had no other source of income to provide for her and her son. This officer instructed her to continue looking for work and in the meantime would inquire about the policies and procedures regarding her real estate licenses and felony convictions.

Subsequently, the undersigned officer emailed the NYS Department of State, Division of Licensing Services after telephonic attempts went unanswered. This officer received an email from a representative advising that Loving could continue to work as a broker until her license is

due for renewal. At that time, she will be provided with a form that will ask about any arrests or convictions. They will then perform a subsequent investigation to determine if her license will be revoked or renewed based on their findings.

At this time, we are notifying the Court of the possible third party risk and have no objections to permitting Loving to continue to work as a real estate broker with close monitoring from our department until her license is due to be renewed in December. This will also allow her time to look for other work while still able to generate income.

Attached is a form for the Court to provide direction in this matter.

Respectfully submitted,

Elizabeth Ward-Cuprill
U.S. Probation Officer

Approved by:

Paul Wodeshick
Supervising U.S. Probation Officer

JUDICIAL RESPONSE:

[X] Court will allow Linda Loving to continue to work as a Real Estate Broker with monitoring by the U.S. Probation Department while her license is still active.

Other _____
_____
_____
_____

_____
Signature of Judicial Officer

AUG 04 2008
Date